FILED
JUL 03 2013
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>PEGGY CHIA LOH,<br><br>    Defendant. | 2:12-CR-056-PMP-(VCF) |

### PRELIMINARY ORDER OF FORFEITURE

This Court finds that on July 8, 2013, defendant PEGGY CHIA LOH pled guilty to Counts Three, Six, and Nine of a Ten-Count Criminal Indictment charging her Possession of a Controlled Substance with Intent to Distribute in violation of Title 21, United States Code, Section 841(a)(1). Criminal Indictment, ECF No. 1; Plea Agreement, ECF No. ___.

This Court finds defendant PEGGY CHIA LOH agreed to the forfeiture of the property set forth in the Forfeiture Allegations of the Criminal Indictment and agreed to in the Plea Agreement. Criminal Indictment, ECF No. 1; Plea Agreement, ECF No. ___.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegations of the Criminal Indictment, the Plea Agreement, and the offenses to which defendant PEGGY CHIA LOH pled guilty. Criminal Indictment, ECF No. 1; Plea Agreement, ECF No. ___.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), (2)(C), and (3)(B) and Title 28, United States Code, Section 2461(c); Title 21,

United States Code, Section 881(a)(11) and Title 28, United States Code, Section 2461(c); Title 21, United States Code, Section 853(a)(1); and Title 21, United States Code, Section 853(a)(2):

      1. a Remington, Model 572, .22 caliber pump-action rifle, serial number A1567963; and

      2. any and all ammunition ("property");

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of PEGGY CHIA LOH in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

. . .

. . .

. . .

| | |
|---|---|
| 1 | Michael A. Humphreys |
| | Assistant United States Attorney |
| 2 | Daniel D. Hollingsworth |
| | Assistant United States Attorney |
| 3 | Lloyd D. George United States Courthouse |
| | 333 Las Vegas Boulevard South, Suite 5000 |
| 4 | Las Vegas, Nevada 89101 |

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this 8th day of July, 2013.

_____
UNITED STATES DISTRICT JUDGE